UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DAVID ARKORFUL

                                      Plaintiff,       **NOTICE OF APPEARANCE**

- against -                    18 Civ. 3455 (NG)(SLT)

NEW YORK CITY DEPARTMENT OF EDUCATION,

                                   Defendant.
------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent defendant in the above-referenced action as lead counsel. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications, or other information related to this matter, be directed to me at the address below.

Dated:     New York, New York
             July 13, 2018

                                            **ZACHARY W. CARTER**
                                            Corporation Counsel of the
                                              City of New York
                                            Attorney for Defendant
                                            100 Church Street, Room 2-314
                                            New York, New York 10007
                                            (212) 356-2436
                                            asisnett@law.nyc.gov

                                     By:      /s/
                                              Alana D. Sisnett
                                              Assistant Corporation Counsel

TO:     Noah A. Kinigstein (By ECF)