**NOAH A. KINIGSTEIN**
ATTORNEY AT LAW
315 BROADWAY, SUITE 200
NEW YORK, NEW YORK 10007

TEL: (212) 285-9300
FAX: (212) 385-2608
E-MAIL: Nakasequal@aol.com

September 18, 2018

Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201
By ECF

                Re: <u>Arkorful v. New York City Department of Education</u>
                    18-cv-3455(NG)(SLT)

Honorable Magistrate Judge Tiscione:

      I am the attorney for the plaintiff in the above mentioned case. This case has been scheduled for an initial conference for 12:00 p.m. on October 4, 2018. I am writing to respectfully request an adjournment of the initial conference until 1:00 p.m. on October 4, 2018, that is one hour later than the scheduled time. The reason for my request is that I have been scheduled to orally argue, before Honorable Judge Alvin K. Hellerstein of the Southern District of New York, in response to a motion to dismiss <u>in McDowdell v. City of Mount Vernon</u> et. al., S.D.N.Y. Dkt No.: 18-cv-03409 (AKH), on the same day at 11:00 a.m., and I am not sure I will be able to make it to the initial conference by 12:00 p.m. on October 4, 2018. There have been no previous requests for an adjournment. My adversary has consented to the adjournment. Thank you for your consideration of this matter.

                                        Respectfully,

                                        Noah A. Kinigstein