# DISCOVERY PLAN WORKSHEET

## Phase I (Pre-Settlement Discovery)

| | |
|---|---|
| Deadline for completion of Rule 26(a) initial disclosures and HIPAA-complaint records authorizations: | 10/17/2018 |
| Completion date for Phase I Discovery as agreed upon by the parties: *(Reciprocal and agreed upon document production and other discovery necessary for a reasoned consideration of settlement. Presumptively 60 days after Initial Conference.)* | 12/4/2018 |
| Date for initial settlement conference: *(Parties should propose a date approximately 10-15 days after the completion of Phase I Discovery, subject to the Court's availability)* | 12/18/2018 |

## Phase II (Discovery and Motion Practice)

| | |
|---|---|
| Motion to join new parties or amend the pleadings: *(Presumptively 15 days post initial settlement conference)* | 1/8/2019 |
| First requests for production of documents and for interrogatories due by: *(Presumptively 15 days post joining/amending)* | 1/22/2019 |
| All fact discovery completed by: *(Presumptively 3.5 months post first requests for documents/interrogatories)* | 5/1/2019 |
| Exchange of expert reports completed by: *(Presumptively 30 days post fact discovery)* | 6/1/2019 |
| Expert depositions completed by: *(Presumptively 30 days post expert reports)* | 7/1/2019 |
| **COMPLETION OF ALL DISCOVERY BY:** *(Presumptively 9 months after Initial Conference)* | JULY 4, 2019 |
| Final date to take first step in dispositive motion practice: *(Parties are directed to consult the District Judge's Individual Rules regarding such motion practice. Presumptively 30 days post completion of all discovery)* | 8/5/2019 |
| Do the parties wish to be referred to the EDNY's mediation program pursuant to Local Rule 83.8? | |