UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DAVID ARKORFUL,

                               Plaintiff,

- against -

NEW YORK CITY DEPARTMENT OF EDUCATION,

                               Defendant.
------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

18 Civ. 3455 (NG) (SLT)

        **PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent defendant in the above-referenced action as lead counsel.  Accordingly, I respectfully request that any future correspondence, filings, ECF notifications, or other information related to this matter, be directed to me at the address below.

Dated:       New York, New York
                November 13, 2018

                                     **ZACHARY W. CARTER**
                                     Corporation Counsel of the
                                       City of New York
                                     Attorney for Defendant
                                     100 Church Street, Room 2-111
                                     New York, New York 10007
                                     (212) 356-3187
                                     smacleod@law.nyc.gov

                            By:        /s/ *Shawna C. MacLeod*
                                     Shawna C. MacLeod
                                     Assistant Corporation Counsel

TO:     Noah A. Kinigstein (By ECF)