

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Shawna C. MacLeod**
Assistant Corporation Counsel
Phone: (212) 356-3187
Fax: (212) 356-2439
smacleod@law.nyc.gov

December 10, 2018

**By ECF**

Honorable Steven L. Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  David Arkorful v. New York City Department of Education
            18 Civ. 3455 (NG) (SLT)

Dear Magistrate Judge Tiscione:

      I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, recently assigned to represent defendant New York City Department of Education in the above-referenced action. I write to respectfully request an adjournment of the initial settlement conference currently scheduled for December 18, 2018, until January 11, 2019, or another date in January that is convenient for the Court. Plaintiff's counsel consents to this request.

      The requested adjournment is necessary because I will be away from the office and out of the state from December 18, 2018, through December 26, 2018. Counsel for Plaintiff will also likely be away from the office during the last week of December 2018. This is the first such request for an adjournment of the initial settlement conference. There are no other currently scheduled deadlines that would be affected by this request.

      To date, the parties have exchanged initial disclosures and have completed "Phase I" discovery, pursuant to the Court's October 10, 2018, scheduling order. See ECF No. 13. On December 5, 2018, counsel for both parties met and conferred in-person regarding discovery, the upcoming settlement conference, and the case more generally.

      Accordingly, Defendant requests that the initial settlement conference currently scheduled for December 18, 2018, be adjourned until January 11, 2019, or another date in January that is convenient for the Court. If the request is granted, the parties request that the deadline for the parties to submit their ex parte settlement positions also be extended from December 15, 2018, see ECF No. 13, to a date three days before the date of the rescheduled conference.

I thank the Court for consideration of this request.

> Respectfully submitted,
>
> /s/ *Shawna C. MacLeod*
>
> Shawna C. MacLeod
> Assistant Corporation Counsel

C:  Noah A. Kinigstein, Esq. (By ECF)
    Attorney for Plaintiff
    315 Broadway, Suite 200
    New York, New York  10007
    nakasequal@aol.com