

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**Shawna C. MacLeod**
Assistant Corporation Counsel
Phone: (212) 356-3187
Fax: (212) 356-2439
smacleod@law.nyc.gov

December 10, 2018

**By ECF**

Honorable Steven L. Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  David Arkorful v. New York City Department of Education
     18 Civ. 3455 (NG) (SLT)

Dear Magistrate Judge Tiscione:

I write to respectfully respond to the Court's order dated December 10, 2018, which noted that "there are two attorneys of record for the Defendant," and directed the Defendant to "explain why neither counsel who have filed notices of appearance for the Defendant cannot appear for the December 18th conference."

The attorney who initially filed a notice of appearance for Defendant, Alana Sisnett, is no longer an employee of the New York City Law Department, and I believe Ms. Sisnett now resides in the District of Columbia.  Upon Ms. Sisnett's departure from the New York City Law Department, I was assigned to defend the case on behalf of Defendant, and I am the sole attorney in our office responsible for defending this case.[1]

Because I am the only person in this office defending this case on behalf of the New York City Department of Education, for the reasons stated in the letter I submitted to the Court earlier today, I respectfully request that the initial settlement conference currently scheduled for December 18, 2018, be adjourned until January 11, 2019, or another date in January that is convenient for the Court.

---

[1]  I apologize for any confusion, and, in hindsight, should have made clear in the letter I submitted to the Court earlier today that I had taken over the defense of this case from Ms. Sisnett.  I will endeavor to have Ms. Sisnett's name removed as counsel for Defendant.

I thank the Court for consideration of this request and apologize for any confusion.

Respectfully submitted,

/s/ *Shawna C. MacLeod*

Shawna C. MacLeod
Assistant Corporation Counsel

C:      Noah A. Kinigstein, Esq. (By ECF)
        Attorney for Plaintiff
        315 Broadway, Suite 200
        New York, New York  10007
        nakasequal@aol.com