## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | January 7, 2019 |
| **TIME:** | 1:00 P.M. |
| **DOCKET NUMBER(S):** | CV-18-3455 (NG) |
| **NAME OF CASE(S):** | **ARKORFUL -V- NEW YORK CITY DEPARTMENT OF EDUCATION** |
| **FOR PLAINTIFF(S):** | Kinigstein |
| **FOR DEFENDANT(S):** | MacLeod |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | 2:09-2:10, 2:54-2:58 |

### RULINGS FROM SETTLEMENT CONFERENCE:

Settlement discussions were held but the parties were unable to reach a disposition at this time.

Parties will continue with the discovery schedule set on October 5, 2018. A joint status report confirming that discovery has been completed shall be filed by July 15, 2019.