**NOAH A. KINIGSTEIN**
ATTORNEY AT LAW
315 BROADWAY, SUITE 200
NEW YORK, NEW YORK 10007

TEL: (212) 285-9300
FAX: (212) 385-2608
E-MAIL: Nakasequal@aol.com

February 5, 2019

Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201
By ECF

Re: Arkorful v. New York City Department of Education
18-cv-3455(NG)(SLT)

Honorable Magistrate Judge Tiscione:

I am the attorney for the plaintiff in the above mentioned case. I am writing requesting that I be allowed to withdraw my representation of the plaintiff, David Arkorful. I have spoken with my client and it is clear that communication has broken down to the extent that I don't feel that I am able to represent him. My client and I have had numerous conversations and meetings and it is clear that communication has broken down and that the requisite relationship required to represent him as his attorney no longer exists, requiring me to request withdrawing my representation. In addition, I am, therefore, requesting that I withdraw from representing him, and that discovery be stayed pending a new lawyer filing a notice of appearance for Mr. Arkorful. I have spoken with the assistant corporation counsel, Ms. MacLeod, about this request and she has no objection. I have e-mailed this letter to Mr. Arkorful. Thank you for your attention to this matter.

Respectfully,

Noah A. Kinigstein