## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | February 14, 2018 |
| **TIME:** | 12:00 P.M. |
| **DOCKET NUMBER(S):** | CV-18-3455 (NG) |
| **NAME OF CASE(S):** | **ARKORFUL V. NEW YORK CITY DEPARTMENT OF EDUCATION** |
| **FOR PLAINTIFF(S):** | Kinigstein w/Plaintiff |
| **FOR DEFENDANT(S):** | MacLeod |
| **NEXT CONFERENCE(S):** | See rulings below |
| **FTR/COURT REPORTER:** | 12:01 - 12:18 |

### RULINGS FROM MOTION HEARING:

For the reasons discussed on the record, the First Motion to Withdraw as Attorney [21] is granted.  Plaintiff is granted 60 days to retain a new attorney.  By April 12, 2019, Plaintiff shall either have his new attorney file a notice of appearance of Mr. Kinigstein shall file a letter via ECF containing Plaintiff's contact information so he can be designated as pro se on the docket.  Once the Court receives the letter or notice of appearance, Mr. Kinigstein will be formally terminated as counsel of record.