**ORIGINAL**

David Arkorful
705 Allen Road
Hackettstown, NJ 07840

04/11/2019

Magistrate Judge Steven Tiscione
United State District Court
Eastern District of New York
225 Cadman Road
Brooklyn, NY 11201



Re: Arkorful v New York City Department of Education – *18-cv-03455(NG)(SLT)*

### Motion for Extension to Find a Counsel

Honorable Magistrate Judge Tiscione:

I would like to request for extension to find a counsel to represent me in the case referenced above, for medical/health reasons.

My health condition has deteriorated recently and that has hindered my ability to look for a new attorney to represent me. I sincerely need extra time to look for a counsel. I will mail copies of this letter to the counsel representing the defendant.

Thank you in advance for your consideration.

Very Respectfully,

David Arkorful

Alana Daniella Sisnett

cc: Shawna Currie Macleod
New York City Law Department
Office of the Corporation Counsel
100 Church Street
New York, NY 10007