**NOAH A. KINIGSTEIN**
ATTORNEY AT LAW
315 BROADWAY, SUITE 200
NEW YORK, NEW YORK 10007

TEL: (212) 285-9300
FAX: (212) 385-2608
E-MAIL: Nakasequal@aol.com

April 12, 2019

Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
By ECF

                          Re: <u>Arkorful v. New York City Department of Education</u>
                               18-cv-3455(NG)(SLT)

Honorable Magistrate Judge Tiscione:

      As per the Court's order of February 14, 2019, in regards to Mr. Arkorful's contact information, the following is his information so he can be designated as pro se on the docket:

David Arkorful
705 Allen Road
Hackettstown, NJ 07840

Tel.: (908) 316-1671
E-mail AKRDAVIDE@gmail.com

                                                         Respectfully,

                                                          Noah A. Kinigstein

Cc: David Arkorful by e-mail