Received
5/10/19
J.F.

ORIGINAL

David Arkorful
705 Allen Road
Hackettstown, NJ 07840

05/06/2019

Hon. Steven Tiscione
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Arkorful v. New York City Dep't of Education*, 18-cv-3455 (NGG) (ST)

Dear Magistrate Judge Tiscione:

I am the *pro se* Plaintiff in the above-mentioned case. I write to respectfully request that Your Honor schedule a settlement conference at the Court's earlier convenience on a date after May 20, 2019. I also request that the Court grant me permission to retain counsel for the sole purpose of appearing at a settlement conference. I have spoken to a lawyer willing to represent me in this capacity, with the Court's permission.

If the Court allows me permission to retain counsel for the sole purpose of appearing at a settlement conference, and I have not done so by the date of the settlement conference, I will represent myself pro se.

Respectfully submitted,

David Arkorful
Plaintiff, *pro se*

cc: Shawna MacLeod (*by U.S. mail*)



RECEIVED
MAY 08 2019
PRO SE OFFICE