

**Z**ACHARY **W. C**ARTER
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
L**AW** D**EPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Shawna C. MacLeod**
Assistant Corporation Counsel
Phone: (212) 356-3187
Fax: (212) 356-2439
smacleod@law.nyc.gov

June 12, 2019

**By ECF**

Honorable Steven L. Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>David Arkorful v. New York City Department of Education</u>
      18 Civ. 3455 (NG) (SLT)

Dear Magistrate Judge Tiscione:

    I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent defendant New York City Department of Education in the above-referenced action.[1]  I write to respectfully request an adjournment of the settlement conference currently scheduled for July 2, 2019, at 3:00 p.m., until a date on or after July 8, 2019, that is convenient for the Court.  I have attempted to contact Plaintiff <u>pro se</u> David Arkorful through the telephone number he provided to the Court, and he has not yet had an opportunity to respond to me regarding my request.

    The adjournment is requested because I will be away from the office and out of the state from June 26, 2019, through July 5, 2019.  This is the first such request for an adjournment of the parties' second scheduled settlement conference.  There are no other currently scheduled deadlines that would be affected by this request.

    Accordingly, Defendant requests that the settlement conference currently scheduled for July 2, 2019, be adjourned until a date on or after July 8, 2019.

---

[1]  The attorney who initially filed a notice of appearance for Defendant, Alana Sisnett, is no longer an employee of the New York City Law Department.  Upon Ms. Sisnett's departure from the City Law Department, I was assigned to defend the case on behalf of Defendant, and I am the only attorney in our office responsible for defending this case.

I thank the Court for consideration of this request.

Respectfully submitted,

/s/ *Shawna C. MacLeod*

Shawna C. MacLeod
Assistant Corporation Counsel

CC: David Arkorful
Plaintiff Pro Se
705 Allen Road
Hackettstown, NJ 07840
*By First Class Mail*