

# THE LAW OFFICES OF ALBERT VAN-LARE
**125 MAIDEN LANE, SUITE 510, NEW YORK, NEW YORK 10038**
Tel. 212 608-1400    Fax 877-505-6103       Email vanlareesq@aol.com

Honorable Steven Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

June 11, 2026

**RE:    1:18-cv-03455-NG-ST *Arkorful v. New York City Department of Education***

**Request for an Extension of Time**

Dear Honorable Judge Tiscione:

The parties have tentatively reached an agreement in this matter. The agreement is contingent upon a waiver of deduction of City's Workers' Compensation Recoupment and a Settlement Agreement regarding the Workers' Compensation Recoupment. The Plaintiff has not reached an agreement with the City on the Workers' Compensation case. Plaintiff, with the consent of the defendants, respectfully requests an extension of time until June 26, 2026, to provide a final status report. Defendant counsel is out of the country and will not return until June 24, 2026.

Thank you for your consideration of this request.

Respectfully submitted,

Albert Van-Lare

Via ECF and Email:
**Lauren Fae Silver**
New York City Law Department
Office of the Corporation Counsel
100 Church Street  New York, NY 1007
(917)362-0434
Fax: (212) 356-2439
Email: lasilver@law.nyc.gov
*Attorney for Defendant*