**THE LAW OFFICES OF ALBERT VAN-LARE**
**125 MAIDEN LANE, SUITE 510, NEW YORK, NEW YORK 10038**
Tel. 212 608-1400 Fax 877-505-6103 Email vanlareesq@aol.com

Honorable Steven Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

October 09, 2026

**RE: 1:18-cv-03455-NG-ST *Arkorful v. New York City Department of Education***

**Status Report and Request for an Extension of Time to File Stipulation of Dismissal**

Dear Honorable Judge Tiscione:

I write on behalf of the plaintiff to respectfully request an extension of time until November 9, 2026, to file the stipulation of dismissal in this case. We anticipated completing the process in 10 days, but we were unsuccessful because the City Law Department would need time to review our workers' compensation proposal and advise us whether it is acceptable. The Law Department provided its requirements to us about 10 (ten) days ago, and we have not been able to provide all of the information they need because the records go back approximately eleven years. Additionally, plaintiff's counsel is scheduled for a surgical procedure on October 15, 2026, and has multiple pre-surgery tests leading up to the procedure. Defendant’s counsel is also not available next week due to previously scheduled time off. In light of the above, and to avoid another request to the court that may not provide sufficient time to complete the process and file a stipulation of dismissal, Plaintiff respectfully requests an extension of time until November 9, 2026, to file the stipulation of dismissal in this case. The Defendant consents to this request.

Thank you for your consideration of this request.

Respectfully submitted,

Albert Van-Lare

Via ECF and Email:
**Lauren Fae Silver**
New York City Law Department
Office of the Corporation Counsel
100 Church Street New York, NY 1007
(917)362-0434
Fax: (212) 356-2439
Email: lasilver@law.nyc.gov
*Attorney for Defendant*