**THE LAW OFFICES OF ALBERT VAN-LARE**
**125 MAIDEN LANE, SUITE 510, NEW YORK, NEW YORK 10038**
Tel. 212 608-1400 Fax 877-505-6103 Email vanlareesq@aol.com

Honorable Steven Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

November 17, 2026

**RE: 1:18-cv-03455-NG-ST *Arkorful v. New York City Department of Education***

**Status Report and Request for an Extension of Time to File Stipulation of Dismissal**

Dear Honorable Judge Tiscione:

I represent the Plaintiff, David Arkorful, in the aforementioned matter. Our stipulation of dismissal is due to be filed today. The parties respectfully request for an extension of time until December 1, 2026 to submit the stipulation of dismissal in this matter. We have made significant progress and the city today prepared and provided the undersigned the agreement stipulating the city's commitment to waive the entire lien in this matter. We therefore hope to file the stipulation of dismissal by December 1, 2026

Thank you for your attention to this matter.

.

Respectfully submitted,

Albert Van-Lare
______________________________
Albert Van-Lare

Via ECF and Email:
**Lauren Fae Silver**
New York City Law Department
Office of the Corporation Counsel

100 Church Street New York, NY 1007
(917)362-0434
Fax: (212) 356-2439
Email: lasilver@law.nyc.gov
*Attorney for Defendant*